NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PPC BROADBAND, INC., DBA PPC, FKA JOHN MEZZALINGUA ASSOCIATES, INC.,**
*Plaintiff-Appellee*

**v.**

**CORNING OPTICAL COMMUNICATIONS RF, LLC,**
*Defendant-Appellant*

---

2017-1347

---

Appeal from the United States District Court for the Northern District of New York in No. 5:11-cv-00761-GLS-DEP, Senior Judge Gary L. Sharpe.

---

## JUDGMENT

---

J. MICHAEL JAKES, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washington, DC, argued for plaintiff-appellee. Also represented by JOSE M. RECIO; ROBERT L. BURNS, II, Reston, VA; JUSTIN A. HENDRIX, Palo Alto, CA; JOHN D. COOK, DOUGLAS J. NASH, Barclay Damon, LLP, Syracuse, NY; JOHN T. GUTKOSKI, Boston, MA.

KIMBALL RICHARD ANDERSON, Winston & Strawn LLP, Chicago, IL, argued for defendant-appellant. Also represented by HOWARD I. SHIN, New York, NY; MARK S. DAVIES, KATHERINE M. KOPP, Orrick, Herrington & Sutcliffe LLP, Washington, DC; ELIZABETH MOULTON, Menlo Park, CA; DANIEL A. RUBENS, New York, NY; JOSEPH P. LAVELLE, DLA Piper US LLP, Washington, DC.

CLYDE MOODY SIEBMAN, Siebman, Burg, Phillips & Smith, LLP, Sherman, TX, for amicus curiae Samsung Electronics Co., Ltd.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* MAYER and REYNA, *Circuit Judges*).

### AFFIRMED. *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| March 13, 2018 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |